STATE OF CONNECTICUT *v.* EVA M. BLANDING

KING, C. J., ALCORN, HOUSE, COTTER and THIM, Js.

Argued March 8—decided April 7, 1967

*Robert N. Grosby,* public defender, for the appellant (defendant).

*Robert J. Callahan,* assistant prosecuting attorney, for the appellee (state).

COTTER, J. The appeal in this case involves the same issues as those in *State* v. *Hernandez,* 154 Conn. 698, 229 A.2d 30. The parties have stipulated that the decision therein would be controlling in this case.

There is error, the judgments of the trial court and the Appellate Division are set aside and the case is remanded to be proceeded with according to law.

In this opinion the other judges concurred.